# Richard J. Boudreau & Associates, LLC

### Attorneys At Law

5 Industrial Way
Salem, New Hampshire 03079
Telephone (603) 890-1644
Facsimile (603) 890-6790
**Toll Free Number 866-890-1644**

Richard J. Boudreau*
Robert L. O'Brien*†
Adam Zlotnick*‡
Patrick L. Handlin*

*Admitted in Massachusetts
*Admitted in New Hampshire
† Admitted in Iowa, Nebraska
‡ Admitted in Oklahoma

May 26, 2006

**PERSONAL & CONFIDENTIAL**
Robert Johnson Jr                640250
1633 Matson Dr
San Jose, CA  95124-3225

Client: TRI-CAP INVESTMENT PARTNERS, LLC
as Successor in Interest to
Original Creditor: Providian Financial Corp
Account Number: 5416577853479453
                                    Balance: $3550.41

Dear Robert Johnson Jr:

This law firm has been retained by the above stated client to assist it in the collection of your above referenced account. As of the date of this letter, you owe $3550.41. Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call 1-866-890-1644.

Our client seeks an amicable, voluntary resolution to this matter. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Unless payment in full is made or you arrange through this firm for the repayment of this debt in a manner acceptable to our client, we will conduct a review of your account. Our review will determine whether there is a valid legal dispute regarding this debt, and assuming none, the most effective means to secure repayment. Please contact this office at the above-listed toll-free number. One of our non-attorney account managers will be glad to assist you.

Unless, within thirty days after your receipt of this letter, you dispute the validity of the debt or any portion thereof, this office will assume the debt to be valid. If, within thirty days of your receipt of this letter, you notify us in writing that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of a judgment, if any, and we will mail to you a copy of such verification or judgment. If the original creditor is different from the above-named original creditor, then upon your written request within thirty days of your receipt of this notice we will provide you with the name and address of the original creditor.



Sincerely,

Richard J. Boudreau & Associates, LLC.

DL001

**This correspondence is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**Important notices appear on the back of this letter. Please read them as they may affect your rights.**

DL001 004624P 1 664 000858 146 080567 S-NOCRE

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights consumers may have under state or federal laws or regulations.

## NOTICE OF IMPORTANT RIGHTS

**In California**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.State.co.us/CADC/cadcmain.cfm

**In Kansas**: An investigative consumer report, which includes information as to your character, general reputation, personal characteristics, and mode of living, whichever are applicable, may be made or obtained. Within a reasonable period of time after your receipt of this letter, upon your written request for additional information regarding the scope and nature of our investigation, complete and accurate disclosure of the nature and scope of the investigation requested will be provided.

**In Maine**: Office location: 5 Industrial Way, Salem, NH 03079. Phone: 866-890-1644. Business hours: 8:00 am – 9:00 pm Monday-Thursday, 8:00 am – 5:00 pm Friday, 8:00 am – Noon Saturday (EDST).

**In Massachusetts**: Office location: 5 Industrial Way, Salem, NH 03079. Phone: 866-890-1644. Business hours: 8:00 am – 9:00 pm Monday-Thursday, 8:00 am – 5:00 pm Friday, 8:00 am – Noon Saturday (EDST).
  Notice of important rights: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**In Texas:** Office location: 5 Industrial Way, Salem, NH 03079. Phone: 866-890-1644. Business hours: 8:00 am – 9:00 pm Monday-Thursday, 8:00 am – 5:00 pm Friday, 8:00 am – Noon Saturday (EDST).

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Privacy Notice

In accordance with federal regulations, Richard J. Boudreau & Associates, LLC ("RJB&A") is giving you this notice to tell you how we may use non-public personal information about you or your account ("Private Information"). This notice applies whether you are a current or a former customer of RJB&A, its clients, or the original creditor.

COLLECTION AND USE OF PRIVATE INFORMATION
  We collect Private Information about you from the following sources:
  - Information we receive from you either directly or indirectly such as information on applications or other forms, which may include your name, address, social security number, assets, and income.
  - Information about your transactions with us, our affiliates, or others, such as your account balance and payment history.
  - Information we receive from consumer reporting agencies, such as your credit history and creditworthiness.

DISCLOSURE OF PRIVATE INFORMATION
  We may disclose all of the information that we collect (as described above) including Private Information with non-affiliate third parties, as permitted or as may be required by law.

MAINTENANCE OF ACCURATE INFORMATION
  We have established procedures to correct inaccurate information in a timely manner. If you have any reason to believe that our record of your Private Information is incorrect, contact us at Attention: GLB Compliance Officer, 5 Industrial Way, Salem, NH 03079 or by telephone to (603) 212-9209.

PROTECTION OF INFORMATION
  We restrict access to Private Information about you to our employees or vendors who need this information to provide products or services to you and as permitted or as may be required by law. We maintain physical, electronic, and procedural safeguards that are consistent with federal standards to guard your Private Information.

---

IF YOU ARE ENTITLED TO THE PROTECTIONS OF THE UNITED STATES BANKRUPTCY CODE (11 USC §§362; 524) REGARDING THE SUBJECT MATTER OF THIS COMMUNICATION, THE FOLLOWING APPLIES TO YOU: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY STAY AND IS FOR INFORMATIONAL PURPOSES ONLY.

---

Richard J. Boudreau & Associates, LLC reserves the right to monitor and/or record telephone calls for training, quality, and compliance purposes including calls originated by, or made to, Richard J. Boudreau & Associates, LLC

---

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING

On behalf of our client(s): We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

---

If you send us a paper check we may convert it into an electronic debit such as an Electronic Fund Transfer (EFT) or Automated Clearing House (ACH) transaction without further notice to you.

13820

5 Industrial Way
Salem, NH 03079

2 June 2006

**PERSONAL & CONFIDENTIAL**
Robert Johnson Jr
1633 Matson Dr
San Jose, CA 95124-3225

640250

PRESORTED
FIRST CLASS



US POSTAGE $00.29³
MAY 30 2006
ZIP 97230
000039
21 2742932