```
Thomas J. Stolp, Esq., Bar No. 114211
```
**ROGERS, MacLEITH & STOLP, LLP**
```
10061 Talbert Avenue, Suite 300
Fountain Valley, CA 92708
Ph: (714) 847-6041
Fax: (714) 968-3372
Email: tstolp.rmslaw@earthlink.net

Attorney for Defendants
Richard J. Boudreau & Associates, LLC
and Richard J. Boudreau, an individual
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MILAN JOHNSON, | CASE NO. C 07-02783 PVT |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | JUDGE: PATRICIA V. TRUMBULL |
| RICHARD J. BOUDREAU & ASSOCIATES, LLC, a Massachusetts limited liability company, and RICHARD J. BOUDREAU, as an individual and in his official capacity, | |
| Defendants. | |

Defendants, Richard J. Boudreau & Associates, LLC and Richard J. Boudreau, as an individual and in his official capacity, present the following:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest

/ / /

/ / /

---

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C07-02783 PVT

```
 1  to report.
 2  Date: June 11, 2007           ROGERS, MacLEITH & STOLP, LLP
 3
                                        /s/
 4                          By:  _____
                                 THOMAS J. STOLP, ESQ.
 5                               Attorney for Defendants
```

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is **ROGERS, MacLEITH,& STOLP, LLP,** 10061 Talbert Avenue, Suite 300, Fountain Valley, CA 92708.

On June 11, 2007, I served the foregoing document described as CERTIFICATION OF INTERESTED ENTITIES OR PERSONS on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

FRED W. SCHWINN, EQ.
CONSUMER LAW CENTER INC.
12 SOUTH FIRST STREET STE 416
SAN JOSE CA 95113-2404

*[ X ]   REGULAR MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fountain Valley, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.*

*[ ]   CERTIFIED MAIL: By placing said envelope in the U.S. Mail by Certified Mail - Return Receipt Requested, to addressee listed on the attached mailing list (Article No. _____)*

*[ ]   PERSONAL SERVICE: I personally served said envelope to the addressee listed on the attached mailing list.*

*[ ]   FACSIMILE: By causing a copy thereof to be telecopied to the party at the facsimile number listed on the attached mailing list. There was no error reported by the machine. I caused the facsimile machine to print a transmission record, a copy of which is attached hereto.*

**[ ]   STATE:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X]   FEDERAL:**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **JUNE 11, 2007**, at Fountain Valley, California.

**/s/**
_____
Lucia A. Saitta Declarant

---

3
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C07-02783 PVT

TJS:C:\LawOffice\Boudreau\Johnson\CertofInterestedPersons.wpd