1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   ROBERT MILAN JOHNSON

6

7

8          **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                   **SAN JOSE DIVISION**

10  ROBERT MILAN JOHNSON,                      Case No.  C07-02783-PVT

11                    Plaintiff,

12  v.                                         **STIPULATION OF DISMISSAL**
                                               **WITH PREJUDICE AND**
13  RICHARD J. BOUDREAU &                      **[PROPOSED] ORDER**
    ASSOCIATES, LLC, a Massachusetts limited
14  liability company, and RICHARD J.          Fed. R. Civ. P. 41(a)(1)
    BOUDREAU, as an individual and in his
15  official capacity,

16                    Defendants.

17

18          Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ROBERT MILAN JOHNSON, and

19  Defendants, RICHARD J. BOUDREAU & ASSOCIATES, LLC, and RICHARD J. BOUDREAU,

20  stipulate, and the Court hereby orders, as follows:

21          1.      The dispute between the parties has been settled, therefore, the claims asserted

22  by Plaintiff, ROBERT MILAN JOHNSON, against Defendants, RICHARD J. BOUDREAU &

23  ASSOCIATES, LLC, and RICHARD J. BOUDREAU, in the above-captioned proceeding are

24  hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25  / / /

26  / / /

27  / / /

28  / / /

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-02783-PVT

-2-

1    Dated:  August 9, 2007                    /s/ Fred W. Schwinn
                                                   Fred W. Schwinn, Esq.
2                                                  Attorney for Plaintiff
                                                   ROBERT MILAN JOHNSON
3

4    Dated:  August 9, 2007                    /s/ Thomas J. Stolp
                                                   Thomas J. Stolp, Esq.
5                                                  Attorney for Defendants
                                                   RICHARD J. BOUDREAU &
6                                                  ASSOCIATES, LLC, and
                                                   RICHARD J. BOUDREAU
7
     THE FOREGOING STIPULATION
8    IS APPROVED AND IS SO ORDERED.

9
     Dated:  _____
10                                             _____
                                               The Honorable Patricia V. Trumbull
11                                             United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-02783-PVT